In the Matter of the Complaint of HELEN OLFENIUS and CLIFFORD SMITH against ALFRED J. LOEW, Police Justice, Village of Floral Park, Nassau County, N. Y.— Charges dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ELIZABETH BERTHA AKERMAN, Respondent, v. FRED NATHAN and Others, Appellants, Impleaded with NORMAN REALTY AND CONSTRUCTION CORPORATION, Defendant.— Order denying motion for judgment on the pleadings affirmed, with fifty dollars costs and disbursements. The essential factor presented by the complaint and the bill of particulars is the sale by the defendants under a judgment which had previously been satisfied. Order bringing in an additional party defendant affirmed. In the circumstances, it may properly be left to the new party defendant to move with respect to the amended or supplemental complaint if so advised. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

CHARLES ASGIAN, an Infant, by ARTIN ASGIAN, His Guardian ad Litem, and ARTIN ASGIAN, Respondents, v. ADOLF GOBEL, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE BAY PARKWAY NATIONAL BANK OF BROOKLYN IN NEW YORK, Respondent, v. ISHAIA SHALOM, Appellant.— Order granting plaintiff's motion for examination before trial affirmed, without costs. Order denying defendant's motion to direct plaintiff to serve a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. The stay of examination granted by this court on September 26, 1932, is vacated; such examination to proceed on five days' notice. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. THE INCORPORATED VILLAGE OF ROCKVILLE CENTRE and Others, Appellants, and Others, Defendants.— Order denying motion to change place of trial reversed on the law and the facts, without costs, and motion granted, the court being of opinion that the nature of the litigation requires the trial of the action in the county in which the village is located and in which county the village records may more conveniently, and without injury to the public business, be produced. Kapper, Carswell, Scudder, Tompkins and Davis, JJ.

CARMELO CAMPO, Respondent, v. THE GREGORY CONTRACTING Co., INC., Appellant, and Another, Defendant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. In our opinion, the findings of the jury, in answer to the third and fourth questions submitted by the trial judge, are clearly against the weight of the evidence. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.